# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALINA FLEITES,**

    **Plaintiff,**

v.                                           Case No:   6:18-cv-1567-Orl-31GJK

**WAL-MART STORES EAST, L.P.,**

    **Defendant.**

## ORDER

This Matter comes before the Court on the Defendant's Motion for Summary Partial Judgment as to Plaintiff's Legal Status (Doc. 18). The Defendant argues that the Court should enter partial summary judgment "as to Plaintiff's Legal Status." Doc. 18 at 1. A Court will grant a summary judgment motion if the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). However, the Plaintiff's legal status itself is not a claim before this Court on which it could enter judgment. The Defendant is, essentially, asking the Court to enter an advisory opinion on the question of whether the Plaintiff was or was not a trespasser. Thus, the Court **STRIKES** the Defendant's Motion (Doc. 18) as improper.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 1, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party